# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Bishop Wayne R. Felton, Holy Christian Church International, The, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 23-cv-467 (DTS) |
| De'Mario Jives, DeMajio Media LLC, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants shall immediately cease any public discussions of the settlement, settlement conference, or this lawsuit;

2. Defendants shall immediately remove any videos and publications discussing the settlement or settlement conference;

3. Defendants shall strictly comply with all terms of the settlement agreement;

4. Plaintiffs may publicly file on the court website the term sheet that was previously confidential;

5. This Order shall remain in effect until a further order is issued;

6. Plaintiffs are not required to post a bond under Rule 65(c); and

7. This Court issued an oral order granting Plaintiffs' motion at the September 13, 2024

hearing. This Order replaces and supersedes that oral order.

Date: 9/23/2024                                                                              KATE M. FOGARTY, CLERK