UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bishop Wayne R. Felton, Individually, and the Holy Christian Church International,<br><br>     Plaintiffs,<br>v.<br><br>De'Mario Jives, individually, and DeMajio Media LLC,<br><br>     Defendants. | Court File No.: 23-CV-467 (DTS)<br><br>**TENTINGER LAW FIRM, P.A.'s MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

**TO: PARTIES ABOVE-NAMED, BY AND THROUGH THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on __TBD__ , in Court Room 9E of the United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415, before the Honorable David T. Schultz, counsel for De'Mario Jives and DeMajio Media LLC will move the Court, pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, for leave to withdraw as counsel of record for Defendants De'Mario Jives and DeMajio Media LLC.

Withdrawal of counsel is appropriate for good cause shown, as reflected in the memorandum supporting this Motion, and the Declaration of Ross Tentinger in support of this Motion.

After withdrawal of counsel, Defendants De'Mario Jives and DeMajio Media LLC may be served with all pleadings, correspondence, or other notice as follows:

De'Mario Jives
DeMajio Media LLC
7410 Becky Thatcher Lane
Tampa, FL 33637
Telephone: (651) 301-4135
E-Mail: info@demajio.com

**TENTINGER LAW FIRM, P.A.**

Date: October 3, 2024

*/s/ Ross N. Tentinger*
Ross N. Tentinger (#0397010)
14665 Galaxie Ave, Ste 140
Apple Valley, MN 55124
Telephone: 952-953-3330
Facsimile: 952-953-3331
Email: ross@tentingerlawfirm.com