7410 Becky Thatcher Lane

Tampa, Florida 33637

Phone: 1 (651) 301-4135

Info@demajio.com

RECEIVED
NOV 08 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

November 6, 2024

United States District Court, District of Minnesota
Attn: Honorable David T. Schultz

Re: No. 23-cv-467 (DTS)
Hearing: November 12, 2024
Proposed Order on Motion to Attend by Zoom

Your Honor:

For your consideration, please find a proposed Order on the Motion to Attend hearing by Zoom filed this date. I am sorry for the lateness of this filing as until a few days ago did not understand that I was to request permission for each hearing. I am sorry for my confusion.

Thank you for considering my request.

Sincerely,

/s/ DeMario Jives

Cc: Plaintiff (via mail/email)

SCANNED
NOV 08 2024
U.S. DISTRICT COURT MPLS