<u>Exhibit A</u>

Below is a non-exclusive list of all social media content violations of the Confidential Settlement Agreement dated September 11, 2024, the Temporary Restraining Order dated September 13, 2024, the preliminary injunction order dated September 23, 2024, and the court order dated December 3, 2024. The content below was all available online as of **Friday December 06, 2024 at 10:00am CST.**

➢ **YOUTUBE**:

- CTV & Crew, Jives Nation: King Jives RESPONDS To $75K Defamation Lawsuit, https://www.youtube.com/watch?v=ZR63xFB_3_M (includes Bishop Felton's image)



- Good Morning Saint Aints and Friends, https://www.youtube.com/watch?v=1KFc4Ww3eBs

1

- COGIC vs FBI $Billion Dollar Black Farmer, IRS Bishop J Drew Sheard Bishop David Hall Sr. Thieves, https://www.youtube.com/watch?v=biPJaPbUxkU



- Good Morning, https://www.youtube.com/watch?v=5AlRpT7OpdQ

Official King Jives Show:
- https://www.youtube.com/channel/UCsLGXufHYWgIB1s3B62vh0Q/community?lb=UgkxQMkWWHcLId1kUgjIWid79_Y2-rV1w822



2

- Whelp there you have it !!!!!! @thcci @theholychristianchurch-man4115 no more hiding Wayne R Felton you are fully exposed for all your lies on me and this dumb lawsuit that you have wasted your time with!!! The world see you now for the liar you are and the fake false preacher you have become…. Again the world see it now!!!!!, http://youtube.com/post/UgkxTpnm9zkKmnYg5xF_SB486m3U1UVphF9A?si=GZCeJuIPXbfEes8q



3

- Okay for all the folks who had something to say!!!! Here is the interview with @unwinewithtashak, http://youtube.com/post/UgkxGtEKC3FJT4diQqdDLRoADmij9tcXUfK0?si=FVmQn8xX3xCeXmWi



4

- Videos set to private, but not deleted and removed as required under the Settlement Agreement and court order:

    o Good morning THCC and Bishop Wayne Felton Sr. I hope you enjoy this lil piece of news. Still can't deny the facts and go tell that jubadahut lookin guy to calm all that down over there before he explodes!!! [#bishopwaynefeltonsr](#) [#waynerfelton](#) [#danieljamesfelton](#), [http://youtube.com/post/Ugkxw0oX58NXLtJHcPGzgf5-uY05a7DOQj7j?si=askHMZxcgb8qyvE2](http://youtube.com/post/Ugkxw0oX58NXLtJHcPGzgf5-uY05a7DOQj7j?si=askHMZxcgb8qyvE2)



- https://www.youtube.com/watch?v=ZHL4JYPyDKc



- Here you go!!!, http://youtube.com/post/Ugkxw0oX58NXLtJHcPGzgf5-uY05a7DOQj7j?si=TSb2R5BYJlfZKYWk



> **LINKED IN**: Jives' Linkedin Post displays Plaintiff Bishop Felton's image below image of Defendant D'Mario Jives.

- Navigating Controversial Conversations: Respectful Dialogue for Understanding, https://www.linkedin.com/posts/demajioinc_respectfuldialogue-communicationskills-understandingothers-activity-7213563951643525120-nQ1A?utm_source=share&utm_medium=member_desktop



- ➢ **INSTAGRAM**:

- King Jives Show Churchboy news, https://www.instagram.com/p/Cy268jdOegW/



- NO TITLE, https://www.instagram.com/p/CzD_wM7ubP_/

- NO TITLE, https://www.instagram.com/p/Cy268jdOegW/

- NO TITLE, https://www.instagram.com/p/CyzAAdtOIq7/?img_index=2



8

- NO TITLE, https://www.instagram.com/p/CmNStdzj5Bx/, (commentary directly about the case).

- NO TITLE, https://www.instagram.com/p/CmB6o8Yj-vT/ (reading Jenson letter to Plaintiffs)

