# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Bishop Wayne R. Felton,<br>Holy Christian Church International, The,<br><br>Plaintiffs,<br><br>v.<br><br>De'Mario Jives,<br>DeMajio Media LLC,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case Number: 23-cv-467 (DTS) |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Motion for Sanctions (Dkt. No. 40) is **GRANTED in part** and **DENIED in part**. Plaintiffs are awarded $50,000. Defendants are jointly and severally liable for this award.

2. Defendants are jointly and severally liable for Plaintiffs' costs and fees to (1) move for a temporary restraining order; (2) enforce the settlement; and (3) move for sanctions. Plaintiffs' counsel shall submit an affidavit detailing their costs and fees related to the motions within 20 days of this Order.

3. Jives's Notice of Dismissal of Plaintiffs' Emergency Motion for a Temporary Restraining Order (Dkt. No. 66) is **DENIED**.

4. Jives's Motion to Allow Remote Participation in all Future Hearings (Dkt. No. 68) is **DENIED**.

5. Jives's Motion to Dissolve or Vacate Temporary Restraining Order and Settlement Agreement, and to Dismiss all Remaining Claims with Prejudice (Dkt. No. 69) is **DENIED**.

6. Jives's Emergency Motion for Continuance (Dkt. No. 70) is **DENIED**.

7. The Preliminary Injunction (Dkt. No. 38) is **DISSOLVED**.

Date: 12/11/2024                                              KATE M. FOGARTY, CLERK