<u>Exhibit A</u>
231105.002 Holy Christian Church International, Inc. and Bishop Wayne Felton

| User | Date | Note | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Pamela Dattilo | 11/15/2024 | Correspond with client regarding post-hearing developments; provide update on pending motions. | 0.4 | $400.00 | $ 160.00 |
| Kathryn Rogness | 11/13/2024 | Review revision suggestions from client. Correspond to P. Dattilo for directions and potential discussion of changes before filing. | 0.2 | $150.00 | $ 30.00 |
| Kathryn Rogness | 11/13/2024 | Revise Proposed Order to include some revisions suggested by client. Update language to reflect actual Settlement Agreement. Proof Revised Order. Email Proposed Order to P. Dattilo for review. | 0.5 | $150.00 | $ 75.00 |
| Kathryn Rogness | 11/13/2024 | Email Word Doc version of proposed order to J. Schulz's chambers. Email PDF of proposed order to D. Jives. Email proposed order to client for his records. | 0.3 | $150.00 | $ 45.00 |
| Pamela Dattilo | 11/13/2024 | Final edits to proposed order requested by Magistrate Schultz; email correspond with client regarding strategy for proposed order; revise and finalize order; final and email order. | 0.8 | $400.00 | $ 320.00 |
| Kathryn Rogness | 11/12/2024 | Reviewed notes from court hearing and oral directives from judge. Analyzed Settlement term sheet. Draft proposed order for J. Schultz today regarding Motion for Sanctions. Email to P. Dattilo for review. | 0.5 | $150.00 | $ 75.00 |
| Kathryn Rogness | 11/12/2024 | Teleconference with P. Dattilo discussing strategy and revisions to draft of proposed order filing. Revise proposed order document, including docket number citations. Email draft to P. Dattilo for final review. | 1 | $150.00 | $ 150.00 |
| Pamela Dattilo | 11/12/2024 | Prepare for and attend motion hearings in Federal Court (motion to enforce settlement, motion for contempt, motion for sanctions); debrief with client following motion; begin drafting proposed order requested by Magistrate Schultz and confer with K. Rogness (paralegal) regarding content for that motion. | 4.4 | $400.00 | $ 1,760.00 |
| Kathryn Rogness | 11/11/2024 | Draft 3rd Declaration of Bishop Felton for filing. Review previous filings with court for citation purposes. Review and create citations for YouTube video quotes and timestamps used in declaration. Review and analyze violations lists provided by client for use as exhibit attachment. Correspond with Bishop Felton regarding Master Violations List. Create Exhibit A for declarations including all known social media violations. Communicated with P. Dattilo regarding language and revisions. Email draft with exhibit for client review before filing. | 3.1 | $150.00 | $ 465.00 |
| Kathryn Rogness | 11/11/2024 | Final review of all documents. Generated PDF of all documents for filing. Emailed filed documents to Defendants. Emailed filed documents to client for his records. | 0.7 | $150.00 | $ 105.00 |
| Pamela Dattilo | 11/11/2024 | Prepare for motion hearings; draft outlines for all three hearings; review and assess Jives' filings with the Court. | 2.3 | $400.00 | $ 920.00 |
| Pamela Dattilo | 11/11/2024 | Draft update to client regarding filings by Jives with the Court. | 0.3 | $400.00 | $ 120.00 |
| Pamela Dattilo | 11/11/2024 | Revise draft declaration by Felton to supplement record before the hearing; draft short Reply Brief to support declaration; file Reply and Declaration with updated list of settlement agreement violations. | 1.8 | $400.00 | $ 720.00 |
| Kathryn Rogness | 11/10/2024 | Review social media violation list sent by client. Generate email to P. Dattilo regarding task list for hearing and potential motions based off of YouTube video reviewed 11/09 and violation list sent by client. | 0.6 | $150.00 | $ 90.00 |
| Kathryn Rogness | 11/9/2024 | Reviewed and analyzed YouTube video sent by client regarding case. Generated list of points of note for our case from the video. Forwarded list to P. Dattilo for review before the hearing. | 2 | $150.00 | $ 300.00 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Pamela Dattilo | 11/8/2024 | Develop strategy for hearing on Nov. 12 in light of new video; correspond with client and K. Rogness regarding same. | 0.5 | $400.00 | $ 200.00 |
| Kathryn Rogness | 11/8/2024 | Correspond via email with client and P. Dattilo. Request list of social media violations of Settlement agreement. Receive list from client and saved in client folder. | 0.2 | $150.00 | $ 30.00 |
| Kathryn Rogness | 11/6/2024 | Received YouTube video from Bishop Felton. Reviewed and analyzed video. Saved transcript. Generated and saved abbreviated transcript of offending part of video. Emailed summary. Texted and emailed with Bishop Felton and Pam regarding livestream. | 1.3 | $150.00 | $ 195.00 |
| Kathryn Rogness | 10/21/2024 | Briefly reviewed, saved and filed documents sent by client outlining settlement agreement violations; correspond with P. Dattilo regarding case strategy. | 0.2 | $150.00 | $ 30.00 |
| Pamela Dattilo | 10/17/2024 | Draft motion for continued sealing; correspond with Jives regarding same; correspond with the Court regarding motion. | 0.7 | $400.00 | $ 280.00 |
| Kathryn Rogness | 10/16/2024 | Drafted Motion for Continued Sealing regarding YouTube videos filed under seal as exhibits for the PAD Declaration filed in support of Plaintiffs' Motion for Enforcement of Settlement Agreement and for Sanctions. | 1.9 | $150.00 | $ 285.00 |
| Kathryn Rogness | 10/16/2024 | Drafted email for P. Dattilo to send to Jives regarding Motion for Continued Sealing (Need to confer with Jives (or his attorney) regarding motion before filing). | 0.8 | $150.00 | $ 120.00 |
| Kathryn Rogness | 10/16/2024 | Revised draft Motion for Continuing Sealing. | 0.1 | $150.00 | $ 15.00 |
| Kathryn Rogness | 10/10/2024 | Drafted Declaration of PAD with exhibits containing saved YouTube videos to file (saved in client file) with court showing defendant livestreaming on social media during the hearing; prepare documents for filing. | 2 | $150.00 | $ 300.00 |
| Pamela Dattilo | 10/10/2024 | Prepare for, attend and debrief from motion hearing on Motion to Withdraw/Motion for Sanctions; confer with client and case team regarding litigation strategy. | 3 | $400.00 | $ 1,200.00 |
| Pamela Dattilo | 10/10/2024 | Revise affidavit following hearing providing evidence that Jives was "live" during hearing. | 0.5 | $400.00 | $ 200.00 |
| Kathryn Rogness | 10/1/2024 | Researched, examined, and saved transcripts (for any missing videos) currently posted on YouTube concerning or related to Bishop Felton. Created current list of YouTube violations. | 1.1 | $150.00 | $ 165.00 |
| Kathryn Rogness | 9/30/2024 | Downloading and filing videos/social media content still posted as evidence of violations and willful non-compliance. | 0.4 | $150.00 | $ 60.00 |
| Pamela Dattilo | 9/30/2024 | Correspond with K. Rogness, client and R. Tentinger regarding pending motion. | 0.2 | $400.00 | $ 80.00 |
| Kathryn Rogness | 9/26/2024 | Revising and creating citations for sanctions motion memorandum. Creating sanctions motion exhibits to file with court. Analyzing citations to choose most effective examples for motion. Communicating with PAD and Bishop Felton to complete sanctions filing. | 6 | $150.00 | $ 900.00 |
| Nicholas Nelson | 9/26/2024 | Review and revise sanctions motion; correspond with team re exhibits for same. | 2.3 | $400.00 | $ 920.00 |
| Pamela Dattilo | 9/26/2024 | Continue drafting sanctions motion and motion to enforce settlement; revise Felton Declaration; revise Dattilo Declaration; analysis of exhibits; revise notice of motion; revise motion; revise proposed order; prepare additional ancillary documents; meet and confer conference with R. Tentinger; finalize all documents for filing; email to Magistrate Judge regarding filing. | 9.5 | $400.00 | $ 3,800.00 |
| Kathryn Rogness | 9/25/2024 | Phone call with Bishop Felton discussing sanctions, noting his concerns, and asking him to provide a written account of the harm/backlash stemming from any settlement agreement violations. | 0.5 | $150.00 | $ 75.00 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Pamela Dattilo | 9/25/2024 | Draft Motion for Enforcement of Settlement and for Sanctions; research cases enforcing settlement and incorporate into brief; research cases issuing sanctions for abuse of the judicial system, violation of court orders, and/or breach of confidentiality--and incorporate case law into motion; identify facts needed in a supporting declaration; outline exhibits needed; continue drafting Memorandum in Support of Motion. | 8.5 | $400.00 | $ 3,400.00 |
| Pamela Dattilo | 9/25/2024 | Revise response letter to R. Tentinger regarding demand that Jives remove posts. | 0.3 | $400.00 | $ 120.00 |
| Kathryn Rogness | 9/24/2024 | Reading and analyzing case law for sanctions motion. Preparing strategy for proposed sanctions. | 0.5 | $150.00 | $ 75.00 |
| Pamela Dattilo | 9/24/2024 | Research case law to develop strategy and structure for sanctions motion; confer with K. Rogness regarding strategy for motion. | 1.7 | $400.00 | $ 680.00 |
| Kathryn Rogness | 9/23/2024 | Draft response letter to Tentinger's response to Demand Letter demanding all content be removed by Jives. | 0.5 | $150.00 | $ 75.00 |
| Kathryn Rogness | 9/23/2024 | Researching which videos and posts are still publicly available post-confirmation from Ross that all "identified content" has been removed. | 1.3 | $150.00 | $ 195.00 |
| Pamela Dattilo | 9/23/2024 | Develop strategy for sanctions motion; correspond with R. Tentinger regarding his client's obligation to remove all content. | 0.9 | $400.00 | $ 360.00 |
| Kathryn Rogness | 9/21/2024 | Drafting Proposed Order for Sanctions and Enforcement Motion. Reviewing Federal Court Rules for contempt. Analyzing defendants' violations and drafting corresponding sanctions. | 0.9 | $150.00 | $ 135.00 |
| Kathryn Rogness | 9/20/2024 | Creating spreadsheet with citations of all possible settlement agreement and TRO violations to be included in Motion for Sanctions. Analysis of monetary damages amount for sanctions. | 1.8 | $150.00 | $ 270.00 |
| Kathryn Rogness | 9/20/2024 | Draft letter to defendants counsel regarding still-posted videos and social media posts (listing all posts) concerning or relating to Bishop Felton, his family, or THCC. Also informing defendant's counsel of Sanctions Hearing 10/10/24. Includes phone call with Bishop Felton regarding creating a list of all social media posts concerning or relating to Bishop Felton, his family or THCC that need to be included in the letter (and removed). | 3 | $150.00 | $ 450.00 |
| Kathryn Rogness | 9/20/2024 | Revised draft violations letter to Jives and emailed a draft copy to Bishop Felton. | 0.3 | $150.00 | $ 45.00 |
| Kathryn Rogness | 9/20/2024 | Researched, analyzed and logged TRO and Settlement Agreement violations on social media. | 1.5 | $150.00 | $ 225.00 |
| Pamela Dattilo | 9/20/2024 | Review, revise and send demand letter to R. Tentinger requiring the removal of all posts. | 0.5 | $400.00 | $ 200.00 |
| Kathryn Rogness | 9/19/2024 | Worked on drafting dispositive Motion for Sanctions and Enforcement of Settlement Order. Discussed strategy for sanction and sanction amount. Began gathering data and evidence of sanctionable behavior. | 1.4 | $150.00 | $ 210.00 |
| Kathryn Rogness | 9/19/2024 | Creating filings for Motion for Sanction and Enforcement of Settlement Agreement | 0.3 | $150.00 | $ 45.00 |
| Kathryn Rogness | 9/19/2024 | Created draft of Motion for Enforcement of Settlement Agreement and for Sanctions. | 0.8 | $150.00 | $ 120.00 |
| Pamela Dattilo | 9/17/2024 | Develop strategy for sanctions motion; conference with Bishop Felton regarding options. | 0.8 | $400.00 | $ 320.00 |
| Kathryn Rogness | 9/13/2024 | Worked on all aspects of TRO. Prepared for court hearing. Analyzed social media content. | 5 | $150.00 | $ 750.00 |
| Pamela Dattilo | 9/13/2024 | Correspond with the Court regarding hearing on TRO motion; prepare for hearing; file supplemental exhibits; attend hearing; confer with client following hearing; file term sheet; review online materials. | 5.2 | $400.00 | $ 2,080.00 |
| Kathryn Rogness | 9/12/2024 | Analyzed social media content, particularly YouTube videos. Transcribed necessary content quotes used to prove violations. Prepared evidence of Settlement Agreement violations. Prepared TRO Motion. | 6 | $150.00 | $ 900.00 |

| Pamela Dattilo | 9/12/2024 | Correspond with client regarding settlement agreement violation; develop strategy for TRO; draft motion; draft notice of hearing; draft proposed order; draft memorandum; draft supporting declarations; revise motion pleadings; finalize pleadings and send to Court with request for immediate hearing. | 7.5 | $400.00 | $ 3,000.00 |
|---|---|---|---|---|---|
| | | | 98.8 | | $ 27,845.00 |