## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Bishop Wayne R. Felton and The Holy Christian Church International,<br><br>    Plaintiffs,<br><br>v.<br><br>De'Mario Jives and DeMajio Media LLC,<br><br>    Defendants. | Case No. 23-cv-467 (DTS)<br><br>**ORDER** |

Defendant DeMario Jives moves for sanctions and dismissal of this closed case. Dkt. No. 91. Jives claims that Plaintiff Wayne R. Felton has repeatedly and willfully violated this Court's prior orders by publicly disseminating statements in violation of a confidential settlement agreement. *Id.* at 1. To be clear, the Court "deem[ed] it appropriate and necessary to allow Plaintiffs the opportunity to address the statements made by Defendants for a 45-day period from the date of this order, after which time the Plaintiffs [were] ordered to comply with the confidentiality and disparagement terms of the Settlement Agreement." Order, Dkt. No. 84. Plaintiffs issued the statements identified by Jives within that 45-day period. Accordingly, his motion is denied. Now that the 45-day window has ended, both parties are strongly advised to move on from this dispute, as they intended when agreeing to a settlement. **IT IS HEREBY ORDERED**: Defendant's Motion for Sanctions and Dismissal (Dkt. No. 91) is **DENIED**.

Dated: January 23, 2025

                                                          s/David T. Schultz
                                        DAVID T. SCHULTZ
                                        U.S. Magistrate Judge