# PLAINTIFF'S MOTION

RECEIVED
AUG 0 1 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 0 1 2025
U.S. DISTRICT COURT MPLS