# EXHIBIT D

## Updated Log of Violations Links (As of August 2025)

RECEIVED

AUG 0 1 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



SCANNED
AUG 0 1 2025
U.S. DISTRICT COURT MPLS

## VIOLATIONS OF SETTLEMENT AGREEMENT BY DEMARIO JIVES & JIVES MEDIA

**As of August 1, 2025 at 3:00 PM**, the following is a list of links that remain marked

as **"Private"** (and therefore not deleted), or are still publicly **active**, in **violation of the**

**U.S. District Court's order**. These links contain direct commentary, photos, or

references to **Archbishop Wayne R. Felton**, **The Holy Christian Church**

**International**, or the **Felton family** by the Defendant, **DeMario Jives**.

---

*FACEBOOK*

1. **TashaK vs Storm Monroe, Thaddeus…**
   - https://www.youtube.com/watch?v=-iy6kVUinFs
   - Addresses the case directly; rants about another blogger's coverage
   - **Time**: 1:09:00–1:15:25
2. **King Jives: Let's Talk**
   - https://www.facebook.com/share/v/19s2HVVdUp/
   - YouTube: https://www.youtube.com/watch?v=muXKmTh37lQ
   - Mentions Felton by name at **39:00** and again at **56:15**
3. **King Jives Friday Live!!!! I have some questions**
   - https://www.facebook.com/KingJivesIII/videos/1389453985154194
   - https://www.facebook.com/share/v/184i6rP8so/
   - YouTube: https://www.youtube.com/watch?v=P4CHgCcOUBM
   - Entire video is about the case and is degrading
4. **"The Bishop" – This lawsuit is bananas and full of lies**
   - https://www.facebook.com/share/p/1YNbWsmR6w/
   - Includes thumbnail from demajio.com with Felton's photo
5. **Good Morning Saints Aints And Friends**
   - https://www.facebook.com/KingJivesIII/videos/1278580813075706/
   - **Time**: 35:37–40:44
   - Self-justifying summary of the lawsuit
6. **Facts are Facts! No Lawsuits/ Just Embarrassment Felton & Whitehead**
   - https://www.facebook.com/share/v/17xkCaFqXB/
   - Removed from YouTube, still live on Facebook

7. **They Want to "USE"... You Are Not For Sale... I Guess**
   - https://www.facebook.com/share/v/18AQEub1op/
   - Refers to Felton as a liar at **9:31–10:39**
8. **The Worst Lawsuit Ever!!! Minnesota vs Florida**
   - https://www.facebook.com/share/v/14vz99FM9M/
   - Video specifically about the lawsuit
9. **GoFundMe Campaign – "Help me fight this frivolous lawsuit!"**
   - https://www.facebook.com/share/p/1Qqvhwp36x/
   - Campaign link: https://gofund.me/00a8569a
   - Text accuses Felton of lying and justifies keeping the videos
   - Reportedly raised only $50
10. **Good Morning (Cease and Desist Response)**
    - https://www.facebook.com/KingJivesIII/videos/598370339066058
    - **Time**: Begins at 1:53:01
11. **Good Morning…Drama rama Fake Real Stories**
    - https://www.youtube.com/watch?v=b8OdJ1lwfz4
    - **Time**: 20:32–23:18
    - Threatening and degrading comments ("walk me like a dog…")
12. **100K Celebration**
    - https://www.facebook.com/share/v/1D3wKJh5QY/
    - Thumbnail includes Felton's photo
13. **Court Date Judgment…This BS**
    - https://www.facebook.com/KingJivesIII/videos/186957300937473
    - Entire video mocks case and attorney
14. **To Every Preacher: Hear Ye Hear Ye**
    - https://www.youtube.com/live/WbSGQR-uoZg
    - **Time**: 2:02–2:14 and 27:07–28:18
15. **Interview Promo: "It's available now!!!"**
    - https://www.facebook.com/share/p/1DqqxRL2iJ/
    - Links directly to interview with Tasha K
16. **King Jives & Tasha K Live**
    - https://www.facebook.com/KingJivesIII/videos/303867515454811
    - Defends the interview and attacks Felton, family, and Church
17. **October 23, 2023 – Clip from Tasha K Interview**
    - https://fb.watch/xnESDwBF-u/
    - Supposed to be deleted

18. **October 24, 2023 – "Keep working King Jives…"**
    - https://www.facebook.com/share/p/1ECabHGDK6/
    - References deleted interview
19. **Don't Believe the Hype**
    - https://www.youtube.com/watch?v=MQPe1CP7DP8
    - **Time**: Case mention at 1:23:15; threat of violence at 1:24:14
20. **They Came 2 See ⁕⁕!!!**
    - https://www.youtube.com/watch?v=KTGJbCbegrw
    - **Time**: 35:09–40:06
    - Explicit reference with expletives
21. **Let's Have a Talk w/ King Jives**
    - https://www.youtube.com/watch?v=wVQ3KfTE1lA
    - **Time**: 45:33–1:00:13
22. **July 1, 2024 (no title)**
    - https://www.facebook.com/share/p/15KQChta6D/
    - Felton addressed directly at end
23. **Bishop Lamor Whitehead Sentencing**
    - https://www.youtube.com/watch?v=d44pBr28ZjA
    - Case mentioned at 1:32:11–1:32:31
24. **December 11, 2022 – Jenson Letter Reading**
    - https://www.facebook.com/share/v/yB5wRmAdS9seotrV/
    - Still active
25. **Victory Photo Post**
    - https://www.facebook.com/share/p/K54zC14jNiKo4dbt/
    - Still active
26. **Can We Talk for a "Minute"**
    - https://www.youtube.com/watch?v=NmYonASUCH0
    - Still active

*YOUTUBE*

27. **GOOD MORNING: I EXPOSED 3 Pastors**
    - https://www.youtube.com/watch?v=RFgsgNi3fGU
      - 1:13:00-1:13:47

Accuses Felton of collusion with other bloggers and, says he retained all evidence (still active)

28. **CTV & Crew – Jives Responds to Lawsuit**
    - https://www.youtube.com/watch?v=ZR63xFB_3_M
    - **Marked Private**
29. **Good Morning Saint Aints and Friends**
    - https://www.youtube.com/watch?v=1KFc4Ww3eBs
    - **Marked Private**
30. **COGIC vs FBI**
    - https://www.youtube.com/watch?v=biPJaPbUxkU
    - **Marked Private**
31. **Good Morning**
    - https://www.youtube.com/watch?v=5AlRpT7OpdQ
    - **Marked Private**
32. **Bishop Sheard Apology**
    - https://www.youtube.com/watch?v=fDJmvVD17jw
    - Still active
33. **"soooo sweet 😊" – Community Post**
    - https://www.youtube.com/post/Ugkx5sLFtEh16N3nCLCZFL12OQDlYiCK2JKp
    - Still active
34. **Church News: LGBTQ Dialogue**
    - https://www.youtube.com/watch?v=sWkNG4IBKGo
    - **Marked Private**
35. **Tory Lanze Guilty / COGIC Scandal**
    - https://www.youtube.com/watch?v=5tZLKaj0ipQ
    - **Marked Private**
36. **Fake Prophets Video**
    - https://www.youtube.com/watch?v=_btXVLRJFO8
    - Still active
37. **Personal Video Addressed to Bishop Felton**
    - https://www.youtube.com/watch?v=ZHL4JYPyDKc
    - **Marked Private**
38. **Interview Promo Post**
    - https://www.youtube.com/channel/UCsLGXufHYWgIB1s3B62vh0Q/community?lb=UgkxlYxjAZUZ-1kmOxpPmp1zDTvLOjLJiGnF
    - **Marked Private**

*INSTAGRAM*

39. **Navigating Controversial Conversations**
    • https://www.instagram.com/p/C84pLzsITdY/
40. **Breaking Down Stereotypes**
    • https://www.instagram.com/p/C84zMxxMTrT/
41. **Embracing Diversity and Salvation**
    • https://www.instagram.com/p/C84zQHEstu8/