

RECEIVED
AUG 0 5 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bishop Wayne R. Felton, individually, and The Holy Christian Church International, | Court File No. 23-cv-467 (NEB/DTS) |
| Plaintiffs, | |
| v. | **ORDER OF DECLARATION** |
| De'Mario Jives, individually, and DeMajio Media LLC, | |
| Defendants. | |

---

### DECLARATION OF WAYNE R. FELTON

I, Bishop Wayne R. Felton, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

    1. I am the lead Plaintiff in this matter and have personal knowledge of the facts stated herein.

    2. On July 11, 2024, a public broadcast was made, wherein the Defendant made harmful claims about Bishop Felton and encouraged others on the platform to share it. This video is evidence that the Defendant claim that he purged all videos is false.

    3. On May 1, 2025, a public broadcast was made, wherein the Defendant proclaimed publicly that Bishop Felton was colluding with another blogger, which is false, and allowed his guest to speak disparagingly against Bishop Felton.

SCANNED
AUG 0 5 2025
U.S. DISTRICT COURT MPLS

4. On May 27, 2025, a public broadcast was made, wherein the Defendant proclaimed publicly that he still has all the videos, text messages, and letters. He also asserted that these materials "hold up" as evidence in court, which is not a finding of the Court in this case. These false and misleading statements have reached 6,659 viewers as of August 4, 2025.

5. These videos remains publicly available and appears to violate both the spirit and letter of the Court's prior orders [Dkt. 84, 88].

6. I am submitting these videos as *Exhibits F, G, and H* respectively, in support of my Motion for Sanctions. I affirm that these recordings submitted are an accurate and complete copy of the public broadcast as they appeared on YouTube.

Executed on August 4, 2025.

Bishop Wayne R. Felton