UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bishop Wayne R. Felton, individually, and The Holy Christian Church International,<br><br>Plaintiffs,<br>v.<br><br>De'Mario Jives, individually, and DeMajio Media LLC,<br><br>Defendants. | Court File No. 23-cv-467<br>(NEB/DTS)<br><br>**[PROPOSED] ORDER FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM** |

## PROPOSED ORDER

The Court, having reviewed Plaintiffs' Motion for Leave to File Supplemental Memorandum and Evidence, hereby GRANTS the motion.

**IT IS HEREBY ORDERED**:

1. Plaintiffs may file a Supplemental Memorandum of Law and submit video evidence conventionally in further support of their pending Motion for Sanctions.

2. The video exhibit submitted by Plaintiffs shall be accepted by the Clerk's Office as conventional filing in accordance with Local Rule 5.1(d).

IT IS SO ORDERED.

Dated: _____, 2025

                                          _____
                                          David T. Schultz
                                          U.S. Magistrate Judge
                                          NOTICE OF CONVENTIONAL FILING
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF MINNESOTA