UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bishop Wayne R. Felton and The Holy Christian Church International,<br><br>   Plaintiffs,<br><br>v.<br><br>De'Mario Jives and DeMajio Media LLC,<br><br>   Defendants. | Case No. 23-cv-467 (DTS)<br><br>**ORDER** |

Plaintiffs sued Defendants De'Mario Jives and DeMajio Media LLC for defamation. Shortly after the Parties reached a confidential settlement agreement, Plaintiffs claimed Defendants were failing to comply with the terms of the settlement. The Court agreed, entering the settlement as a court order, Dkt. No. 84, and sanctioning Defendants, Dkt. No. 88. Plaintiff Bishop Wayne Felton—now representing himself—moves to enforce the settlement and for sanctions once again, alleging Defendants are continuing to post content "concerning or related to Bishop Felton, his family, or the Church." Dkt. Nos. 95, 99.

Based on the foregoing, and all the files, records, and proceedings herein **IT IS HEREBY ORDERED:**

1. A hearing to show cause is set for 1:00 P.M. on September 10, 2025, in Courtroom 9W, 300 South Fourth Street, Minneapolis, before Magistrate Judge Schultz, on (1) whether Defendants have violated the terms of the settlement agreement (now entered as a court order); and (2) if so, whether Defendants should be held in contempt of court;

2. Mr. Jives and Bishop Felton shall appear in person at the September 10, 2025 hearing;

3. Plaintiff's Motion for Leave to File Supplemental Memorandum and Evidence in Support of Motion for Sanctions (Dkt. No. 99) is **GRANTED**; and

4. Mr. Jives may file a written response to Bishop Felton's Motion (Dkt. No. 95) on or before September 3, 2025.

Dated: August 18, 2025           s/ David T. Schultz
                                                                       DAVID T. SCHULTZ
                                                                       U.S. Magistrate Judge