RECEIVED
AUG 2 6 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bishop Wayne R. Felton, individually, and The Holy Christian Church International,<br><br>        Plaintiffs,<br>v.<br><br>De'Mario Jives, individually, and DeMajio Media LLC,<br><br>        Defendants. | Court File No. 23-cv-467 (DTS)<br><br><br><br><br>**ORDER OF DECLARATION** |

---

### DECLARATION OF WAYNE R. FELTON

I, Bishop Wayne R. Felton, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Archbishop of The Holy Christian Church International and a Plaintiff in this matter. I submit this declaration in support of Plaintiffs' Motion to Compel Judgment Debtor to Transfer Assets.

2. On December 11, 2024, this Court entered judgment against Defendant De'Mario Jives in the amount of $50,000.00 as a sanction. (See Dkt. ___).

3. On January 23, 2025, this Court entered an additional judgment awarding Plaintiffs $27,845.00 in attorneys' fees. (See Dkt. ___).

4. To date, neither of these judgments has been satisfied.

5. Based on my knowledge and review of filings in this matter, Defendant Jives resides in the State of Florida. He controls assets, including bank accounts and electronic payment accounts, outside the District of Minnesota.

SCANNED
AUG 2 6 2025
U.S. DISTRICT COURT MPLS

6. Plaintiffs registered the above judgments in the Middle District of Florida pursuant to 28 U.S.C. § 1963. Garnishment efforts there were initiated but were frustrated by jurisdictional objections, and no recovery has been made.

7. Defendant has made no effort to establish a payment plan, provide financial disclosures, or otherwise demonstrate good faith in satisfying his obligations under the judgments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2025, at St. Paul, MN.

Respectfully submitted,

*[signature]*

Bishop Wayne R. Felton

Plaintiff, *Pro Se*