RECEIVED
AUG 2 6 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bishop Wayne R. Felton, individually, and The Holy Christian Church International,<br><br>　　　　Plaintiffs,<br>v.<br><br>De'Mario Jives, individually, and DeMajio Media LLC,<br><br>　　　　Defendants. | Court File No. 23-cv-467 (DTS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL JUDGMENT DEBTOR TO TRANSFER ASSETS** |

ORDER COMPELLING JUDGMENT DEBTOR TO DISCLOSE AND TRANSFER

ASSETS

Upon consideration of Plaintiffs' Motion to Compel Judgment Debtor to Transfer Assets, and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant De'Mario J. Jives shall, within 14 days, provide under oath a full accounting of all assets in which he has any legal or beneficial interest, wherever located, including but not limited to:

   - Bank accounts, credit union accounts, or investment accounts;
   - Digital payment accounts (PayPal, Cash App, Venmo, etc.);
   - Ownership interests in corporations, LLCs, or partnerships;
   - Real property or personal property interests.

2. Defendant shall, within 30 days, transfer or deliver into this District, or deposit into the registry of the Court, sufficient assets to satisfy the judgments entered on

7


SCANNED
LT  AUG 2 6 2025
U.S. DISTRICT COURT MPLS

December 11, 2024, and January 23, 2025, or any and all succeeding judgments plus accrued interest.

3. Defendant shall appear for a judgment debtor examination on [date to be set by Court] to answer, under oath, questions concerning his assets and financial interests.

4. Failure to comply with this Order may subject Defendant Jives and DeMajio Media LLC to contempt sanctions, including but not limited to monetary penalties, coercive fines, and compensatory relief. The Court expressly reserves authority to impose additional sanctions, including escalating monetary penalties or other remedies, should Defendants continue to disregard their obligations or fail to comply with this or any subsequent enforcement order.

SO ORDERED.

Dated: _____, 2025

_____
DAVID T. SCHULTZ
United States District Judge