UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**Wayne Felton,**
Plaintiff,

v. Case No. 23-cv-467 (DTS)

**De'Mario Jives,**
Defendant.

Case No. 23-cv-467 (DTS)

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUPPLEMENTAL MEMORANDUM**

**INTRODUCTION**

Defendant, De'Mario Jives, respectfully submits this Response in opposition to Plaintiff Wayne Felton's continued misuse of judicial process. Plaintiff has once again attempted to distort facts, mischaracterize Defendant's constitutionally protected speech, and weaponize this Court to pursue personal vendettas. This filing seeks to clarify the record, demonstrate Defendant's ongoing compliance with the Court's directives, and establish that Plaintiff's allegations remain unsubstantiated, baseless, and harassing in nature.

**FACTUAL BACKGROUND**

1. Defendant is a professional journalist and social media personality with academic training in videography, media production, and journalism. Since 1994, Defendant has primarily resided outside of Minnesota, relocating for college in 2008 and departing permanently in 2013, thereafter residing in Memphis and later back to Florida where he is been a permanent resident.

2. Defendant covers political, cultural, and religious matters of national and international importance. His broadcasts and commentary have explicitly addressed public figures and documented controversies, including ongoing cases involving bishops and pastors in Texas, Pensacola, and Fort Lauderdale.

3. At no point has Defendant identified Plaintiff, his family, or his church in his commentary. Defendant consistently names individuals he reports on when their identities are relevant and substantiated. Plaintiff has failed to produce any evidence that Defendant has spoken directly or indirectly about him in violation of prior Court orders.

4. Defendant has complied fully with this Court's prior rulings by removing content that could be misconstrued, deleting related videos from his platforms, and refraining from any reference to Plaintiff, his family, or his church.

5. Plaintiff's repeated filings represent a pattern of harassment. Plaintiff has sought to mischaracterize generalized commentary on public controversies as targeted attacks upon himself, despite no factual or evidentiary basis for such claims.

**ARGUMENT**

**I. PLAINTIFF HAS FAILED TO MEET HIS BURDEN OF PROOF**

Minnesota and federal law require that allegations before the Court be substantiated by clear evidence. Plaintiff offers only conjecture, misinterpretation, and conclusory statements, which do not meet the standard for sanctions, asset discovery, or contempt.

**II. DEFENDANT'S SPEECH IS PROTECTED UNDER THE FIRST AMENDMENT**

Defendant is entitled to the freedoms of speech and press guaranteed by the First Amendment to the United States Constitution. His journalistic commentary on matters of public concern cannot be abridged absent specific, credible evidence of prohibited conduct. Plaintiff's attempt to chill this speech through repeated litigation constitutes an abuse of process.

**III. PLAINTIFF'S REQUEST FOR SANCTIONS AND ASSET TURNOVER IS UNSUPPORTED AND IMPROPER**

Plaintiff's demand for asset turnover is legally defective. Defendant has no attachable assets. The only personal property owned by Defendant is a 2013 BMW SUV with a non-functioning engine and depreciated value. Defendant has no real estate, liquid assets, or financial resources beyond rental obligations. Demands for asset transfer are therefore both moot and harassing.

**IV. PLAINTIFF'S CONTINUED FILINGS CONSTITUTE HARASSMENT AND ABUSE OF JUDICIAL PROCESS**

This Court has already resolved matters related to prior disputes. Plaintiff's insistence on reopening settled issues amounts to bad-faith litigation and harassment, a misuse of limited judicial resources. Minnesota courts consistently disfavor repetitive motions lacking evidentiary support.

**CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that this Court:

1. **Deny** Plaintiff's Motion in its entirety;
2. **Affirm** that Defendant has complied with prior Court orders;
3. **Admonish** Plaintiff for repeated misuse of this Court's resources; and
4. **Grant** such further relief as this Court deems just and proper, including consideration of sanctions against Plaintiff for bad-faith filings.
5.

Respectfully submitted,

**Dated:** 08/31/2025
**Submitted by:**

De'Mario Jives
Pro Se Defendant