

RECEIVED
SEP 0 3 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bishop Wayne R. Felton, individually, and The Holy Christian Church International,<br><br>Plaintiffs,<br>v.<br><br>De'Mario Jives, individually, and DeMajio Media LLC,<br><br>Defendants. | Court File No. 23-cv-467 (DTS)<br><br>DECLRATION IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM AND REQUEST FOR LEAVE TO FILE ADDITIONAL EXHIBITS |

### DECLARATION OF WAYNE R. FELTON

I, Wayne R. Felton, declare as follows:

1. I am the Plaintiff in this action and make this Declaration in support of my Supplemental Memorandum in Support of Motion to Compel.

2. On August 31, 2025, Defendant filed responses asserting that he has deleted all relevant videos and has refrained from referencing me, my family, or my church.

3. On September 3, 2025, I personally accessed Defendant's YouTube and social media accounts. I observed that multiple videos remain publicly accessible in which Defendant references me directly by name or indirectly in connection with this case.

4. Attached hereto are true and correct transcript excerpts of three representative videos:

    - **Exhibit A** – Transcript excerpt from *Let's Have a Talk w/ King Jives* (YouTube, May 24, 2024).

SCANNED
SEP 0 3 2025
U.S. DISTRICT COURT MPLS

1

- **Exhibit B** – Transcript excerpt from *Highlight – Official King Jives Show* (YouTube, July 11, 2024).
- **Exhibit C** – Transcript excerpt from *They Came 2 See* (YouTube, April 9, 2024).
- **Exhibit D** — Jump drive which contains the video clips which correspond with Exhibits A, B, and C.

5. Each of these videos remained live and accessible as of September 3, 2025. I have preserved full video copies by downloading them on that date.

6. To avoid burdening the Court with voluminous material (which is yet available online as of September 3, 2025), I am submitting only these three representative exhibits which were downloaded and submitted after the defendants August 31, 2025 response. However, I have preserved additional videos and transcripts that also demonstrate Defendant's ongoing references to me.

7. Should the Court require or permit, I respectfully request leave to file additional exhibits at a later date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 3, 2025

Respectfully submitted,

*[signature]*

Bishop Wayne R. Felton
Plaintiff, *Pro Se*

125 Stevens Street West
St. Paul, MN 55107
bishop@thcci.org