RECEIVED
SEP 0 3 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# Exhibit A – Transcript excerpt from

*"Let's Have a Talk w/ King Jives"*

(YouTube, May 24, 2024).


SCANNED
SEP 0 3 2025
U.S. DISTRICT COURT MPLS

## Let's Have a Talk w/ King Jives
6,093 views Streamed live on May 24, 2024

45:33  go to [ __ ] jail now as far as
45:39  um B uh uh what's that man name in Minnesota uh
45:45  Wayne [ __ ] Wayne [ __ ] the same thing [ __ ]
45:50  applies y'all want to sit out here and try to keep coming for me because y'all y'all want a [ __ ] to get in some
45:57  trouble so bad first of all let's do this right here my name ain't Larry and no shade but my name ain't Tasha K
46:04  either me and Tasha ain't got no bad beat but I'm tell y'all know why Tasha got into what she did she told it all
46:11  herself but my name ain't none of these hoes right here [ __ ] what I reported on was
46:16  factual okay and I went on Tasha's page and me and her had a conversation about
46:22  the same [ __ ] thing she got the court papers and everything and she said her own self she said well why they
46:28  suing you why ain't they suing the white [ __ ] that's what Tasha K said and I said the same thing too I said how y'all
46:35  gonna sue me when I only reported what the what the white girl and her husband
46:40  put out here right I only that and then the Saints a and
46:46  friends the Saints a and friends they they pulled that stuff around the church
46:51  and I got an email and a text message about what was going and a phone call let's not forget a phone
46:58  call so why so why so why y'all puss ass hoes want to
47:03  sit out here and be reporting [ __ ] just remember what I first said [ __ ] I got a
47:08  phone call that told me about what the [ __ ] was going on and I also pulled up
47:14  the [ __ ] phone call and I also played it on my live of the phone call
47:20  with the date time and everything so while y'all y'all puss ass hoes want to sit out here talking this [ __ ] remember
47:27  that there is documentation on every [ __ ] thing that I talked about amen somebody what's up ke
57:23  let me you something let me tell you something now now I I never had nothing negative
57:29  and hear me when I say this real good and I never had nothing negative to say about holy Christian Wayne or none of
57:36  them other [ __ ] over there at that goddamn church because I didn't have no beef for none of them…

**Exhibit B** – Transcript excerpt from *Highlight – Official King Jives Show* (YouTube, July 11, 2024).

# Highlight 26:45 - 31:45 from Official King Jives Show is live! These stories are REAL!!! It's coming

488 views Jul 11, 2024

**Transcript**

1:42 hey Latoya and then that's that's the other
1:46 thing right there even
1:52 with even with
1:55 um even with the situation with um Wayne
1:58 Felton and I'm going say that today Toya
2:01 tell a of them to share this video even
2:03 with the situation with Wayne
2:10 is so comical to me because I'm just
2:13 sitting back
2:17 right even with the situation with Wayne
2:20 Felton…

**Exhibit C** – Transcript excerpt from *They Came 2 See* (YouTube, April 9, 2024).

# They Came 2 See 👀!!!! No Matter What You Do It's A Problem!!!!
## 5,400 views · Streamed live on Apr 9, 2024

36:56 …if you really knew and then it's like you know stuff that I'm dealing with you know stuff that I'm dealing

37:03 with you know with old ragged ass preacher up north you know want to sit out here don't even have a reason to be

37:09 suing somebody but you know we're dealing with it you know we're dealing with it U I wish I could really go into

37:15 detail about everything but I just don't feel like giving people giving people the ammunition that

37:24 they need but it's like you know people want you to go down so bad like they

37:30 want you to go down so bad and it's like do you really read you know like when I

37:35 **when I did the court case I gave line by line by line precept** because I was like

37:41 you know this I want y'all to understand this whole case I want y'all to understand people want take it and spin

37:47 it and do what they want to do take it and do what they want to do and you be like like where did you get

37:54 that story huh

37:59 where did you get that story from where did you get that lie that you told from

38:04 huh where did you get that from people came to see you hurt and be

38:13 downtrod and a downfall so bad because they they they don't have a

38:20 mo they don't have a reason they don't even they it's it's no reason when people sit

38:27 out here and and do whatever they do especially the folks who don't get the

38:34 facts the proof or the receipts they just don't like you so they gonna make up their own

1