

SEP 0 3 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bishop Wayne R. Felton, individually, and The Holy Christian Church International,

    Plaintiffs,

v.

De'Mario Jives, individually, and DeMajio Media LLC,

    Defendants.

Court File No. 23-cv-467 (DTS)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

---

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Supplemental Memorandum in Support of Motion to Compel, the Declaration of Wayne R. Felton, and the attached Exhibits A–D, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's Supplemental Memorandum is accepted into the record.

2. The Court finds that Defendant's representations regarding the deletion of videos and non-reference to Plaintiff are contradicted by evidence submitted by Plaintiff.

3. Defendant shall, within **seven (7) days** of this Order, remove from all online platforms any video, transcript, or posting that references Plaintiff, his family, or his church.

4. Defendant shall file a sworn declaration certifying his compliance with this Order within **ten (10) days**.

5. The Court reserves jurisdiction to impose further sanctions or relief as may be appropriate.

SO ORDERED.

Dated: _____, 2025

                                                                                             _____
                                                                                             Honorable David Schultz
                                                                                             United States Magistrate Judge