THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bishop Wayne R. Felton, individually, and
The Holy Christian Church International,

Case No. 23-cv-467 (DTS)

Plaintiffs,

v.

De'Mario Jives, individually,
and DeMajio Media LLC,

Defendants.

**PLAINTIFF'S SUPPLEMENTAL EVIDENTIARY NOTICE REGARDING DEFENDANT'S COMPLIANCE WITH THE COURT'S JUNE 10, 2026 ORDER (DKT. 232)**

Plaintiff Bishop Wayne R. Felton respectfully submits this Supplemental Evidentiary Notice solely to supplement the record concerning Defendant's compliance with the Court's June 10, 2026 Order (Dkt. 232). This filing presents no separate motion and requests no additional relief.

In Dkt. 232, the Court directed Defendant, on or before June 26, 2026, to review specifically identified YouTube videos and either (1) delete those videos; or (2) file a memorandum specially identifying all disputed videos and explaining why Defendant believes those videos are not subject to the Settlement Agreement. The Court further directed Defendant to delete the identified Facebook video and to submit a declaration under oath concerning the YouTube videos identified in Dkt. No. 228.

On June 29, 2026, Plaintiff accessed each of the URLs specifically identified in Dkt. 232. The attached screenshots, captured on June 29, 2026, depict the status of those URLs as they appeared on that date. Each screenshot displays the applicable URL together with the date and time of capture.

Plaintiff submits these screenshots solely as supplemental evidentiary material concerning Defendant's compliance with the Court's June 10, 2026 Order and respectfully requests that the Court consider them together with the existing record and in connection with the matters presently under advisement.

Dated: June 30, 2026

Respectfully submitted,

Bishop Wayne R. Felton
*Pro Se Plaintiff*
125 Stevens Street West
St. Paul, MN 55107
(651) 290-9673
bishop@thcci.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2026, I electronically filed the foregoing **PLAINTIFF'S SUPPLEMENTAL EVIDENTIARY NOTICE REGARDING DEFENDANT'S COMPLIANCE WITH THE COURT'S JUNE 10, 2026 ORDER (DKT. 232),** with the Clerk of Court using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF participants.

To the extent any party is not registered to receive electronic notice through CM/ECF, I further certify that a true and correct copy of the foregoing document was served by United States Mail, postage prepaid, or by other authorized means of service upon:

De'Mario Jives
7410 Becky Thatcher Lane
Tampa, FL 33637

Respectfully submitted,



Bishop Wayne R. Felton
*Pro Se Plaintiff*
125 Stevens Street West
St. Paul, MN 55107
(651) 290-9673
bishop@thcci.org

**EXHIBIT A**
**Screenshot of YouTube Video Identified in Dkt. 232, ¶ 1(a)**
**URL**: https://www.youtube.com/live/ad23lA5eOQA
**Captured**: June 29, 2026



**EXHIBIT B**
**Screenshot of YouTube Video Identified in Dkt. 232, ¶ 1(b)**
**URL**: https://www.youtube.com/live/gnXvSUepWIw
**Captured**: June 29, 2026



**EXHIBIT C**
**Screenshot of YouTube Video Identified in Dkt. 232, ¶ 1(c)**
**URL**: https://www.youtube.com/watch?v=JPGzY3HOH9g
**Captured**: June 29, 2026



**EXHIBIT D**
**Screenshot of YouTube Video Identified in Dkt. 232, ¶ 1(e)**
**URL**: https://www.youtube.com/watch?v=NgzDLzobHwg
**Captured**: June 29, 2026



**EXHIBIT E**
**Screenshot of YouTube Video Identified in Dkt. 232, ¶ 1(f)**
**URL**: https://www.youtube.com/watch?v=nqNt1IZy8Wg
**Captured**: June 29, 2026



**EXHIBIT F**
**Screenshot of Facebook Video Identified in Dkt. 232, ¶ 2**
**URL**: https://www.facebook.com/KingJivesIII/videos/747764304130551/
**Captured**: June 29, 2026

